Exhibit 2





*United States of America*

*To Promote the Progress of Science and Useful Arts*

## The Director

of the United States Patent and Trademark Office has received an application for the reissue of a patent. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a reissue patent on the invention shall be granted under the law.

Therefore, this United States **Patent** grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the unexpired part of the term of the original grant, subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

If the application for the original patent being reissued is a utility application filed on or after December 12, 1980, maintenance fees are due three years and six months, seven years and six months, and eleven years and six months after the date of the grant of the original patent, or within a grace period of six months thereafter upon payment of a surcharge as provided by law. The amount, number and timing of the maintenance fees required may be changed by law or regulation. Unless payment of the applicable maintenance fee is received in the United States Patent and Trademark Office on or before the date the fee is due or within a grace period of six months thereafter, the patent will expire as of the end of such grace period.

No maintenance fees are required in plant or design patents.

Form PTO-378C (Rev 09/17)



| | | | |
|---|---|---|---|
| (19) | **United States** | | |
| (12) | **Reissued Patent** | (10) Patent Number: | **US RE50,605 E** |
| | Guan | (45) Date of Reissued Patent: | **Sep. 30, 2025** |

(54) **COMBINED BIRD FEEDER WITH CAMERA**

(71) Applicant: **NETVUE TECHNOLOGIES CO., LTD.**, Guangdong (CN)

(72) Inventor: **ZhenXuan Guan**, Guangdong (CN)

(73) Assignee: **NETVUE TECHNOLOGIES CO., LTD.**

(21) Appl. No.: **29/990,099**

(22) Filed: **Feb. 19, 2025**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **Des. 983,859**
Issued: **Apr. 18, 2023**
Appl. No.: **29/839,134**
Filed: **May 18, 2022**

U.S. Applications:
(63) Continuation of application No. 29/974,278, filed on Nov. 29, 2024, which is an application for the reissue of Pat. No. Des. 983,859.

(51) **LOC (15) Cl.** ............................................. **16-01**
(52) **U.S. Cl.**
 USPC ....................................................... **D16/208**
(58) **Field of Classification Search**
 USPC ...... D30/124, 126, 127, 128, 129; D16/201, D16/202, 203, 208; D10/106.4
 (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D115,321 S  *  6/1939  Pueschel ...................... 119/52.2
D217,470 S  *  5/1970  Morrow ........................ D30/128
(Continued)

FOREIGN PATENT DOCUMENTS

CA      3189953 A1  *  8/2023  ........... A01K 29/005

OTHER PUBLICATIONS

"Technaxx Bird Feeder Camera Station with Treat Hanging, 150 g Box for Food & Bath for Water—FullHD Video Resolution—Versatile Installation Kit—Smart Birdhouse with Video Camera TX-165 Green" from Amazon.com, first retrieved Sep. 7, 2022 from the internet <https://www.amazon.com/Technaxx-Feeder-Camera-Station-Hanging/dp/B09PPZZX2H/> (Year: 2022).*

(Continued)

*Primary Examiner* — Philip S Hyder

(57) **CLAIM**

The ornamental design for a combined bird feeder with camera, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and top perspective view of a combined bird feeder with camera, showing my new design;
FIG. **2** is a rear and bottom perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a right side elevation view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is an enlarged portion view taken from encircled portion labeled, "FIG. **9**" in FIG. **1**; and,
FIG. **10** is another perspective view thereof, shown in an alternative position.
The even broken lines in the figures illustrate portions of the combined bird feeder with camera that form no part of the claimed design. The dash dot dash lines in FIGS. **1** and **9** are for the purpose of depicting the boundary line of the enlarged view and form no part of the claim.

**1 Claim, 10 Drawing Sheets**

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue; matter printed in italics indicates the additions made by reissue.



Amended          Amended

US RE50,605 E

Page 2

(58) **Field of Classification Search**
CPC ....... A01K 29/005; A01K 31/14; A01K 39/01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,033,411 A | * | 7/1991 | Brucker | A01K 39/012 |
| | | | | 119/52.2 |
| D370,313 S | * | 5/1996 | Nottingham | D30/111 |
| 5,904,330 A | * | 5/1999 | Manico | G03B 29/00 |
| | | | | 119/51.01 |
| D426,352 S | * | 6/2000 | Zernov | D30/125 |
| D428,537 S | * | 7/2000 | Miller | D30/124 |
| D533,566 S | * | 12/2006 | Lee | D14/496 |
| D546,506 S | * | 7/2007 | Barszcz | D30/128 |
| 7,370,607 B2 | * | 5/2008 | O'Dell | A01K 39/012 |
| | | | | D30/128 |
| D578,138 S | * | 10/2008 | Sheba | D14/496 |
| D636,006 S | * | 4/2011 | Champ | D16/202 |
| D659,732 S | * | 5/2012 | Kim | D16/202 |
| D666,659 S | * | 9/2012 | Furlan | D16/202 |
| D671,584 S | * | 11/2012 | Ohno | D16/202 |
| D679,453 S | * | 4/2013 | Krueger | D30/127 |
| D698,379 S | * | 1/2014 | Lee | D16/202 |
| D715,846 S | * | 10/2014 | Troxel | D16/202 |
| D755,875 S | * | 5/2016 | Geng | H04N 5/2251 |
| | | | | D16/203 |
| D770,553 S | * | 11/2016 | Schield | D16/202 |
| D794,694 S | * | 8/2017 | Liu | D16/203 |
| D802,644 S | * | 11/2017 | Lee | D16/202 |
| D809,717 S | * | 2/2018 | Pritham | D30/127 |
| D889,051 S | | 6/2020 | Combs et al. | |
| D920,593 S | * | 5/2021 | Haney | D30/127 |
| D977,201 S | * | 1/2023 | Zheng | D30/127 |
| D999,460 S | * | 9/2023 | Chen | D30/126 |
| D1,006,340 S | * | 11/2023 | Li | D30/126 |
| D1,013,972 S | | 2/2024 | Lin | |
| D1,052,190 S | * | 11/2024 | Zhu | D30/124 |
| 2016/0366319 A1 | * | 12/2016 | Perkins | H04N 1/00209 |
| 2023/0027590 A1 | * | 1/2023 | Hu | G06V 40/103 |
| 2023/0148570 A1 | * | 5/2023 | Pekcan | A01K 29/005 |
| | | | | 119/429 |

OTHER PUBLICATIONS

"Fussbric Smart Bird Feeder with Camera, App Notification, AI Recognition and Automatic Bird Sensing, Bird House Bird Feeder with Built-in Microphone, Outdoor Wild Bird feeders Popular with Birds,Green" from Amazon.com, first retrieved Sep. 7, 2022 from the internet <https://www.amazon.com/Fussbric-Notification-Recognition-Automatic-Microphone/dp/B09JFRBMTR?th=1> (Year: 2022).*

"NETVUE Birdfy Lite—Smart Bird Feeder Camara, Bird Watching Camera Auto Capture Bird Videos & Motion Detection, Bird House Camera, Ideal Gift for Family" from Amazon.com, first available Jun. 27, 2022 from the internet <https://www.amazon.com/dp/B0B56BFH7P/> (Year: 2022).*

* cited by examiner



FIG. 1
Amended



FIG. 2
Amended



FIG. 3

Amended



FIG. 4

Amended



FIG. 5

Amended



FIG. 6

Amended



FIG. 7
Amended



FIG. 8
Amended



FIG. 9
Amended



FIG. 10
Amended